IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARDIE M. HILL** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | **NO. 09-1500** |
| | : | |
| **MICHAEL J. ASTRUE, COMMISSIONER OF** | : | |
| **SOCIAL SECURITY ADMINISTRATION,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 4th day of March, 2010, upon consideration of plaintiff's Complaint (Document No. 1), Defendant's Answer to Complaint (Document 5), Plaintiff's Motion for Summary Judgment and Statement of Issues in Support of Request for Review (Document No. 6), Defendant's Response to Request for Review (Document No. 7), and the record in this case, and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated February 16, 2010, plaintiff having reported that he did not intend to file objections or other response to the Report and Recommendation, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated February 16, 2010, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment and Statement of Issues in Support of Request for Review is **DENIED**;

3. All relief sought by plaintiff is **DENIED**; and, the decision of the Commissioner of Social Security is **AFFIRMED**; and,

4. The Clerk of Court shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**.

**BY THE COURT:**

/s/ Jan E. DuBois, J.

_____
**JAN E. DUBOIS, J.**